# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **NEXTERA ENERGY MARKETING, LLC**, Plaintiff, | § § § § § | CIVIL ACTION NO. 4:21-cv-02280 |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| **SHELL ENERGY NORTH AMERICA (US), LP**, Defendant | § § § § | |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE ESKRIDGE:

Plaintiff NextEra Energy Marketing, LLC ("NEM") and Defendant Shell Energy North America (US), LP ("SENA") (collectively, the "Parties") file this Joint Status Report and respectfully show the Court as follows:

Pursuant to the Court's Minute Entry and Order on December 1, 2021 (Dkt. 23), the Parties jointly report that they have reached an impasse in their settlement discussions. Accordingly, the Parties ask that the Court no longer defer ruling on SENA's Partial Motion to Dismiss (Dkt. No. 19), which has been fully briefed and is ready to be set for hearing. The Court's Minute Entry stayed all deadlines pending

1

the hearing. Therefore, the Parties further request that at such hearing the Court enter new deadlines in the current scheduling order as necessary.

Dated:
January 26, 2022

Respectfully submitted,

**LOCKE LORD, LLP**

By: */s/ David E. Harrell, Jr.*
David E. Harrell, Jr.
*Attorney-in-charge*
Texas State Bar No. 00793905
SDTX ID No. 19392
dharrell@lockelord.com
Alicia Castro
Texas State Bar No. 24069705
SDTX ID No. 2192250
Acastro@lockelord.com
Mia Lorick
Texas State Bar No. 24091415
SDTX ID No. 2470736
Mia.lorick@lockelord.com
Claire Armstrong
Texas State Bar No. 24105440
SDTX ID No. 3150985
Claire.armstrong@lockelord.com
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200 (Telephone)
(713) 223-3713 (Telecopy)

*Counsel for NextEra Energy Marketing, LLC*

**Estes Thorne & Carr, PLLC**

By: */s/ Jennifer L. Henry*
    Dawn Estes
    ***Attorney-in-charge***
    Texas State Bar No. 14251350
    destes@estesthornecarr.com
    Jennifer L. Henry
    Texas State Bar No. 24013790
    jhenry@estesthornecarr.com
    3811 Turtle Creek Blvd., Suite 2000
    Dallas, Texas 75219
    Telephone (214) 599-4000
    Facsimile (214) 599-4099

    *Counsel For Shell Energy North America (US)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record in compliance with the Federal Rules of Civil Procedure on January 26, 2022 via the CM/ECF electronic filing system.

*/s/ Claire Armstrong*
Claire Armstrong
