United States District Court
Southern District of Texas
**ENTERED**
March 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEXTERA ENERGY MARKETING LLC, | § § | CIVIL ACTION NO. 4:21-cv-02280 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| SHELL ENERGY NORTH AMERICA (US) LP, | § § § § | |
| Defendant. | § | |

## ORDER

Pending is a motion by Defendant Shell Energy to dismiss the breach of contract claim brought by Plaintiff NextEra Energy Marketing. Dkt 19.

This motion is set for hearing in person on March 23, 2022, at 2:30 PM in Courtroom 8B.

SO ORDERED.


Signed on March 11, 2022, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge